# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN J. SCHROEDER,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES A. YATES, et al.,<br><br>        Defendants. | NO. 1:10-cv-00433-OWW-GSA-PC<br><br>ORDER DENYING MOTION FOR CHANGE OF VENUE<br><br>(ECF No. 13 )<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>OBJECTIONS DUE IN TWENTY DAYS |

      Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 13, 2010, an order was entered, dismissing the complaint for failure to state a claim, and granting Plaintiff leave to file an amended complaint to cure the defects identified in the order. On December 27, 2010, Plaintiff filed a first amended complaint. On January 4, 2011, findings and recommendations were entered, recommending that this action be dismissed for failure to state a claim upon which relief could be granted. Plaintiff was granted thirty days in which to file obections.

      On January 26, 2011, Plaintiff filed a motion to stay this action and to transfer this action to the Central District of California. On March 1, 2011, an order was entered, denying Plaintiff's

1 motion for a stay and denying his request to change venue.  On March 4, 2011, Plaintiff filed a
2 notice of change of address, indicating his release from custody, and again requesting a stay and a
3 change of venue.  For the reasons cited in the earlier order, Plaintiff's March 4, 2011, motion for
4 a stay and change of venue is denied.  The Court will grant Plaintiff one further extension of time
5 in which to file objections to the findings and recommendations.

6       Accordingly, IT IS HEREBY ORDERED that:

7     1.  Plaintiff's March 4, 2011, motion for a stay and change of venue is denied.

8     2.  Plaintiff is granted and extension of time of twenty days from the date of service of
9 this order in which to file objections to the findings and recommendations.

14 IT IS SO ORDERED.

15 Dated:   **April 14, 2011**         /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2